1  Paul A. Duffy (SBN224159)
   Prenda Law
2  161 N. Clark St., Suite 3200
   Chicago, IL 60601
3  Phone: 312-880-9160
   Fax: 312-893-5677
4  paduffy@wefightpiracy.com

5  *Attorney for Plaintiff*

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  GUAVA LLC                    )    No. 2:13-cv-00224-JAM-AC
                                )
10         Plaintiff,            )    **NOTICE OF VOLUNTARY DISMISSAL**
       v.                        )    **OF ACTION WITHOUT PREJUDICE**
11                              )
                                )
12                              )
   JOHN DOE,                    )
13                              )
           Defendant.           )
14  _____)

15        **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

16         **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure

17  41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance

18  with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant remaining in this case has neither

19  filed an answer to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal under

20  Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

21

22                                      By:    /s/ Paul Duffy
                                               Paul Duffy (Bar No. 6210496)
23                                             Prenda Law Inc.
                                               161 N. Clark St., Suite 3200
24                                             Chicago, IL 60601
                                               Phone: 312-880-9160
25                                             Fax: 312-893-5677
                                               E-mail: paduffy@wefightpiracy.com
26                                             *Attorney for Plaintiff*

27

28

**DATED: March 14, 2013**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Paul A. Duffy

3
VOLUNTARY DISMISSAL WITHOUT PREJUDICE